# CIRCUIT COURT OF MARYLAND

## FOR ANNE ARUNDEL

**JAMES ADEYEMI**

3370 Laurel Fort Meade road,

Laurel, MD 20724

          Plaintiff

**vs**

          Civil Case No. C02CV 21338

**Office of General Counsel**

**For Booth Police Officers**

**National Security Agency**

9800 Savage Road, suite 6272

Ft. George G. Meade, Md 20755-6272

          Defendant

## COMPLAINT

I hereby submit a complaint against National Security Agency of Department of Defense because the white Police Officers violated my civil rights, for I am an African-American and having an a disability by deaf.

**INTRODUCTION:**

I am deaf and self-employed by accepting a courier job offering as an independent contractor by ROADIE INC. I am also homeless by residing in my minivan for about 4 years due to rental expensive and also, I tried to save money for purchasing a house in the future. My income comes only from driving for Roadie Inc. I just started this job last month in February, 2020. I also worked for Postmates delivering meal bags from the restaurants for the customers who are ordering in Baltimore, Md.

Last two years ago, I was working for DoorDash as independent contractor and I often delivered meals to service members in Fort Meade campus on Annapolis Road via Reece road and also I was given 2 weeks permit to enter the area occasionally. The booth officers never have problem with me.  One time I went on Route 198 to enter the gate of the campus, and booth office would tell me to turn around and go back to Reece road across Annapolis road to enter the campus. They never asked for too complex issues but only valid driver's license.

**BAD INCIDENCE STARTED**

Now On March 4th, 2021, about noon, I offered to accept the job assignment by picking up from Michaels Store for a customer living in Fort Meade, Md.  Michaels Store accepted my offering. I went to Michaels store to pick up a bag of a box and I clicked on Roadie's app by completing the pickup assignment. Then last assignment was to deliver the bag to a buyer in Fort Meade. The customer's address happened to be in NSA campus, that unknown to me. I strictly followed the GPS. The GPS led me to NSA campus on the road and I was confused because I had never been to NSA campus before. See **Exhibit#1.**

Then *first* Police officer stopped nearby me when I was confused about the roads upon GPS because of its slow. The first officer told me to go ahead on the road to the gate when I tried to go differently than the gate of NSA campus. But the first officer insisted that I kept going straight to the gate. I refused to go through the gate but I stopped on the shoulder before the gate.

The first police officer walked to my driver's side. I showed the address of the customer's address by *Van Noy Loop* on Roadie app. See **Exhibit #2** (sample with different name and the full address is under the customer name). The officer looked at it and told me I could go through the gate and another officer would help me at the gate then.  I went through the gate and stopped by the booth.

Other officer at the entrance booth looked at me and I asked for help to see if the address is in the campus by showing the app with the customer's name and address under the customer. The second officer laughed through his teeth and told me I could go through that gate. He told me to wait until

he would lead me to the address. Then he stepped in the front and obviously he knew I am deaf. He told me to follow him so I followed him to then he told me to make left turn to another gate, which I though it would leads me to deliver the Michaels bag to the customer. But at the end later I learned that the gate was not leading me to deliver the bag to the customer but out of the campus. I went to another gate called Exit booth. The first police officer told me to park there next to exit booth, which I did. That moment I had no idea what they planned to do. I was tricked by them.

**WORSE INCIDENT HAPPENED**:

Despite I provided my valid driver's license, my permanent resident card, and current insurance after the first officer asked after them, I saw all six or more white Police officers and not even one who is an African-American Police officer nearby the exit booth, and they already believed that I have weapons in my van in the beginning because I am black. So there was no chance for us to enjoy a civil fellowship at all.

After I provided the copies of my evidence supporting my right to live in United states and right to operate my vehicle in the spite of my plate tag being expired and insurance lapsed. Another officer with facemask stood before me sitting on my driver's seat, he spoke too fast to me with mask on. I told him I am deaf. They did not believe I am deaf. The gate officer, who joined with first officer later, asked if I know Sign Language. I nodded it. Then he asked me to fingerspell my first name, which I did.  There are worse unpleasant treatment thereafter as follows:

a) The first officer informed me that my vehicle was going to be impounded. I plead the racist officer not to impound my vehicle because I have no place to sleep and I sleep in my vehicle. I beg him to call the state police to handle the insurance issue. The officer rejected it because the state police officer does not have jurisdiction and I am on the federal property. I showed him a citation was issued to me last two weeks ago by the state police and he is very white and did not ask for impounding my vehicle. The first officer ignored the copy of the citation and he shrugged.  See **Exhibit #3**

b) The first Police Officer ordered me to step out of my vehicle and demanded me to open all the doors by myself, which I did so and then  a police dog came to sniff throughout my vehicle and then the Officer with dog left without touching my thing inside my

vehicle. Then three officers ransacked my things inside my vehicle. I objected to their doings. But the first officer ordered me to stay where I stood.  See **Exhibit #4**

c) I took a picture of my vehicle with gate officer looking into my driver's seat using my smartphone. The gate officer caught me taking the picture of him. He called the first officer to walk toward me and he demanded me to give him my smartphone but I refused. He hit my hand as he attempted to seize my smartphone. Since I did not want this officer as a racist to hurt me so I went to delete the picture from my smartphone against my willing.

d) The first officer told me to go ahead to fetch my things from my vehicle since my vehicle was going to be impounded. I pleaded him to transfer power to the state police to handle the matter. He rejected it by saying he is police and has jurisdiction. I told him he does not have jurisdiction to handle a Maryland vehicle issue like insurance and plate tag. I told him I have no space to store them. He suggested me to contact my friends for help. I told him I have no friends who can willingly help. That was why I live in my vehicle.

e) The first officer wanted to seize my vehicle key, I refused to yield to. They cuffed my hands behind my back and the gate officer pat down my body and then he took cuff off my hands.

f) The first officer tried to seize my vehicle key again by slapping my hands painfully and since I do not want them to beat me up then I gave them a key out of the remote button to them. The other officer wanted the remote button. I refused and demanded that I wanted a state officer to be here first.

g) The officer, who wanted the remote button, took my vehicle plate tags off from front and back of my vehicle. See **Exhibit #5**

h) I yelled at the first officer who hits my hand again and this officer is really a racist wanted to fight me, or tried to anger me. When he wrapped my hands with cuff and I became calmed. I let him do his way when he cuffed me. Finally, he put cuff on my hands on my back again and the officer who took the plate tags put me in the cell of the SUV vehicle labelled Police.

After about 20 minutes later, a state police officer arrived and the cuff were taken off by the state policer. He notified me that he was willing to pick me up since my vehicle was about to be impounded. This state officer is African-American.  I questioned him about my vehicle. He said it

was because of insurance lapsed. I showed him my current insurance. See **Exhibit #6**. The officer, who took off plate tag, argued that I have other traffic ticket. I provided a document showing I was waiting for a hearing. See **Exhibit #7**. The state police requested that this officer who took plate tags from my vehicle should release my vehicle immediately. This officer argued that my vehicle was in federal property and towing truck was already presented. The state police officer went to discussing with the towing truck driver and then he said I have to pay 202 dollars to obtain my vehicle.

The state police officer asked for keyless button after this police officer asked the state Police Officer asked him for the keyless button. I yielded it to the state officer. The vehicle was finally towed. I collected my valuable items out of my vehicle. Then the state police officer asked if I have weapons in the vehicle. I said no.

The state police officer asked where I wanted him to drop me off. I remembered about the customer's Michaels bag. I collected the bag from my vehicle and I asked him to drop me off at Michaels. I also informed the customer of my inability to deliver the Michaels bag to the customer. See **Exhibit #8**

FINALLY, I called for Uber after I returned the bag to Michaels and Michael's store worked on a new order for re-delivery.  Uber came and took me to towing company. Then I paid Uber driver 20 dollars including a tip and I paid 240 dollars to the Towing company using American Express VISA.  See **Exhibit #9.**

Until today I still drive without plate tags on front and back.

I went to MVA next day. There are no public service. They only accept appointments. I got an appointment on March 31. **Exhibit #10**

**THE QUESTION OF JURISDICTION BETWEEN FEDERAL GOVT AND STATE**

Do NSA officers have jurisdiction to question about my insurance history? Why they can't accept the state police's citation related to insurance issue? Does it appear they did overline the jurisdiction? The first officer refused to look at the state police's citation that citation would settle everything and impounding might not be necessary.

The state police officer came and explained MD ruling because of COVID-19. He also asked plate tags taken off officer about it and requested him to stop towing. He disagreed and argued about the jurisdiction. The towing truck demanded me to pay 202 as the state police officer said. However at towing office they asked for 240 dollars. see **Exhibit #8**

Since the state police officer stated clearly that I have insurance see **Exhibit #5**. They argued about traffic ticket but it has nothing to be related with insurance lapsed issue!

**VIOLATION OF MY CIVIL RIGHTS**

I am really deaf unable to hear or speak independently.  Secondly, I never went to NSA campus before. It happened unknown to me that I followed GPS to NSA campus because I was delivering Michael's bag to a customer who happened to reside in the NSA campus. I was not going there about my personal business but I was just forced to serve the customer named Ariana because she ordered for it from Michaels' store.  The customer questioned about approval when I explained I needed an approval from booth officer before I could deliver her order to her. However, I returned her order to Michael's because my vehicle was towed.

They violate my civil rights as follows:

1. The first officer did not pay attention to my asking for help for verification of the street named VAN NOY LOOP. The officer was excited to catch me for hunting me as another George Floyd. He told me to go in through the gate, for he knows that I was not going anywhere. In addition to this, he lied that I have weapons in my vehicle.

2.  Gate officer lied to me that and he violated my rights by converting me to exit booth for interrogation and towing. I did not commit a crime there whereas it gives them right to interrogation. They already believed that I hid my weapons inside my vehicle.

3.  The first police officer ordered me to open all the doors of my vehicle by myself by force and let the dog do sniffing inside my vehicle without obtaining a search warrant.

4.  First officer hits my hands upon his attempt to seize my vehicle key against my will.

5.  They put cuff on my hands behind my back and put me in the cell of the SUV vehicle for nothing but my nonviolent reaction.

6.  They towed my vehicle for no apparent reason but they made their strategic plan by expecting me to fetch my weapons. But I never used any weapons all my life and I am not interested in owning a gun.

7.  Three officers ransacked the property inside my vehicle for I live in the vehicle.

8.  They violated my privacy life by seeing my privacy as I live in y vehicle.

9.  They took off plate tags off my vehicle but they did not give me the plate tags.

10. They forced me to remove a picture from my smartphone by slapping my hand.

11. They questioned my disability and forced me to fingerspell my first name.

**PRAYER FOR RELIEF**

I lost my civil rights by protecting myself and respecting the law of land when they forced me to do their way. The NSA officers saw me being a black aged man and they are brand young officers. They laughed their teeth at me and sent me to exit booth for interrogation for fun. I lost my choice of doing my way when to serve the customer.

Secondly, they abused the power of police duty by denying my rightful choice to demand me to perform all the odds that damaged my emotion and put me in the cell of SUV over 30 minutes.

Finally, they towed my vehicle for no apparent reason but played with my mental health and they expected me to fetch my weapons from my vehicle within their own sight so they can know where I hide. Thus I lost 260 dollars instantly because of their negligence and pleasure for fun because I am a black guy.

Thus, I pray for a relief for violating my privacy because I live in my vehicle and they never asked if I have weapons inside my vehicle but ordered a towing truck to tow my vehicle by expecting me

to open a secret place hiding my weapons. Secondly, they forced me to open all the doors of my vehicle without explaining why I have to open doors or explain why the police dog need to smell over my vehicle.   Therefore, I pray for punitive damages against the defendant for 150,000 dollars.

Submitted Respectfully,

James Adeyemi
3370 Laurel Fort Meade Road,
Laurel, Md 20724
Email: jbraham60@hotmail.com

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By: _____ CS _____ Deputy

# Exhibit #1

TRUE COPY,

TEST: Scott A. Poyer, Clerk

By:_____CS_____Deputy



When you see this, you click it to offer my help. Please see this about city saying Fort Meade but it did say NSA. After Micahels accepts your offering, they will show an address to pick up at. This is real and a new reorder was made after I returned the order \

# Exhibit #2

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By:_____ CS _____Deputy

Now on way to drop off the order see that name and address. This time I could not make a copy of real one. So I used other customer name for your peruse.



# Aquila Shannon

4425 23RD PKWY
APT T2

ARRIVE BY
## 11:48

CONTACT   💬     NAVIGATE   ➤

VERIFY ITEMS 1 ORDER     🔒

DELIVERY NOTES     🔒

ADD EXPENSES     🔒

RATE THE SENDER     🔒



SWIPE TO ARRIVE

☰ OVERVIEW      GET HELP ⑦

# Exhibit #3

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By:_____ CS _____ Deputy

# State of Maryland
# TRAFFIC VIOLATION WARNING

Date: **2/25/2021**                                              Time: **15:22**

License Number: **A350367866138**          State: **MD**       Class: **C**

Name: **JAMES**          **WASIU**          **ADEYEMI**

Address: **3370 LAUREL FORT MEADE RD**

City: **LAUREL**                    State: **MD** Zip: **20724**

Height: **510**  Weight: **210**  Race: **BLACK**  Sex: **M**  DOB: **2/22/1960**

Vehicle Reg: **9CS2768**      State: **MD**

Year: **2015**  Make: **CHRY**  ·  Model: **VAN**          Color: **BLACK**

Location: **3750 COMMERCE DR**

County: **BALTIMORE COUNTY - 03** Patrol Area: **0**          Arrest Type: **A**

You have received a **WARNING for the following violation(s):**

**1**    BACOPD5001004078W

TA - 13-401(h) DRIVING VEHICLE ON HIGHWAY WITH
SUSPENDED REGISTRATION

> This is a traffic violation warning for the charge listed
> to the left.
> Please drive safely.

**2**    BACOPD5001004079W

TA - 17-104 OWNER FAILURE TO MAINTAIN
REQUIRED SECURITY FOR VEH. DURING REG.
PERIOD

> This is a traffic violation warning for the charge listed
> to the left.
> Please drive safely.

**3**    BACOPD5001004080W

TA - 13-409(b) FAILURE TO DISPLAY REGISTRATION
CARD UPON DEMAND BY POLICE OFFICER

> This is a traffic violation warning for the charge listed
> to the left.
> Please drive safely.

Officer's Signature:                    Officer Signature
Officer's Name:  **OFC L. Swiger**       ID Number: **5001**

## A MESSAGE FROM
## THE BALTIMORE COUNTY POLICE DEPARTMENT

This is a warning.   There are no fines or points associated with this violation.

## YOU HAVE RECEIVED A WARNING FROM
## THE BALTIMORE COUNTY POLICE DEPARTMENT

# Exhibit #4

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By:_____CS_____Deputy









# Exhibit #5

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By:_____CS_____Deputy





# Exhibit #6

TRUE COPY,
TEST:  Scott A. Poyer, Clerk
By:_____CS_____Deputy

 **GEICO** GEICO CASUALTY COMPANY
One GEICO Boulevard
1-800-841-3000   Fredericksburg, VA 22412-0003

NAIC
41491

Maryland Insurance ID Card

| Policy Number | Effective Date | Expiration Date |
|---|---|---|
| 6013231086 | 12/24/2020 | 06/24/2021 |

Insured    James W Adeyemi

View All Active Drivers

| VIN | 2C4RC1GG2FR528158 |
|---|---|

| Year | Make | Model |
|---|---|---|
| 2015 | CHRY | TOWN & COU |

You may be required to produce this Insurance ID card upon demand of law enforcement.



# Exhibit #7

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By:_____CS_____Deputy

**DISTRICT COURT OF MARYLAND FOR** Prince George's County
<span style="font-size:smaller">City/County</span>

Located at HYATTSVILLE, MD 20781                Case No. CP40777661
<span style="font-size:smaller">Court Address</span>

STATE OF MARYLAND              vs.   JAMES WASIU ADEYEMI
<span style="font-size:smaller">Defendant</span>

## STATUS NOTICE - CRIMINAL/TRAFFIC

TO: JAMES WASIU ADEYEMI

3370 LAUREL FORT MEADE ROAD

LAUREL, MD 20724

**\*\*RETURN THIS NOTICE\*\***
**WHEN SUPPLYING ADDITIONAL**
**INFORMATION TO THE COURT**

_____
(fold line)

The Court acknowledges receipt of your correspondence and you are advised as shown below:

☐ You recently forwarded to the Court a check in the amount of $ ................................................. We have not been able to locate a case to which we should apply this payment. Please furnish information such as citation/case/tracking number, driver's license number, your full name and date of birth.

☐ You have requested a continuance.

    ☐ The request has been granted. A new trial/hearing date will be scheduled and you will receive a notice in the mail.

    ☐ The request has been denied. It is necessary that you appear for trial/hearing or pay the fine if one is shown.

☐ The Court does not provide record checks. For further information, contact the Department of Public Safety and Correctional Services (listed under State Government in the telephone directory.)

☐ Your request cannot be processed without a payment of $ ................................................. for:

    ☐ Photocopies $0.50 per page. (No additional charge for true test copies.)

    ☐ Certified copies $5.00 each (plus photocopy fee).

☐ Appeal fee of $ ................................................. made payable to Circuit Court is required.

☐ In order to process your request, additional information is needed. Please provide as much of the following as possible: citation/case/tracking number, driver's license number, charge(s), your full name and date of birth.

☐ A request for a new trial date must be in writing and received by the Court within 120 days after the date of issuance of the citation. The request must be accompanied by a penalty deposit in the form of a check or money order, made payable to the District Court, in the full amount of the fine.

☒ Other: REQUEST TO DISMISS DENIED/RESET GRANTED PER JD CARRINGTON.   A NEW TRIAL DATE
    WILL BE SCHEDULED BY OPTOTRAFFIC - 1-866-979-4824.

SEPTEMBER 05, 2019                                SKE
<span style="font-size:smaller">Date</span>                                                                                 <span style="font-size:smaller">Clerk</span>

**DC-032** (Rev. 12/2014)



**MARYLAND DEPARTMENT
OF TRANSPORTATION**

MOTOR VEHICLE
ADMINISTRATION

47D

JAMES WASIU ADEYEMI
PO BOX 1671
SYKESVILLE MD  21784-1670

Letter Id: L0004792043

Issued: 22-Nov-2020

**Important Information Regarding Your Tag Renewal (Please read carefully)**

**Title Number:** 48788222 **Tag Number:** 9CS2768 **Veh Year:** 2015 **Make:** CHRY
**Owner Soundex:** A350367866138 **Co-Owner Soundex:**
**Registration Renewal Date:** 31-Dec-2020
   ****ONE-YEAR VEHICLE REGISTRATION OPPORTUNITY FOR YOU DURING
THE COVID-19 EMERGENCY****

Dear Vehicle Owner:

It is time to renew the registration on your vehicle. In reviewing your record, there are flags associated with your vehicle. These flags are detailed below. In order to renew your registration, each flag needs to be cleared with the jurisdiction where the flag occurred. Administrative flags can be cleared in our eStore at: https://mva.maryland.gov/estore. Once your flags have cleared, we encourage you to use our eStore to complete your vehicle registration renewal online. Please note: vehicle registrations that expire or are eligible for renewal during the Maryland state of emergency will not expire until the 30th day after the state of emergency has been lifted. To learn more, visit our COVID-19 FAQ page at https://mva.maryland.gov/Pages/covid-19-faq.aspx. To understand more about the flag(s) associated with your account visit: www.mva.maryland.gov/VR-278.pdf

| Case No. | Date | Reason | Room | Phone/Web |
|---|---|---|---|---|
| 1438956 | 11-Oct-2019 | Insurance Lapse | MVA140 | 410-768-7431 |
| CP40777661 | 27-Nov-2018 | Administrative Fee Due | | MVA.MARYLAND.GOV |
| 08936965 | 11-Dec-2019 | Registration Suspended for Insurance Lap | | 410-768-7431 |
| 51947498 | 30-Sep-2018 | Administrative Fee Due | | MVA.MARYLAND.GOV |
| 8021 | 27-Nov-2018 | CITY OF COLLEGE PARK Speed Camera | | www.collegeparkmd.gov |

# Exhibit #8

TRUE COPY,
TEST: Scott A. Poyer, Clerk
_____ Deputy


(207) 515-0...
Mobile

Thursday 12:51 PM

Hey, security issue and I have to wait for approval to get your order delivered to you.

Whose approval? Do you mean to get on base?

I am deaf and they seem not to believe that I am deaf. I never been here before. So

I have an order from Michael's for you.

Can you get on post? Because I'm unable to come an get it that's why I had it shipped

Thursday 1:04 PM

Okay I will cancel delivery

I I will return your order to Michael's

K as long as I still get it

Type a message...

# Exhibit #9

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By:_____CS_____Deputy

# LENNY'S TOWING

7057 KIT KAT RD.
ELKRIDGE, MD 21075
(410) 379-8004

123265

**BILL TO** hues Adeyemi
4L3-348-8426

TOWING SERVICE

☐ CASH
☐ CHARGE
☐ ON ACCOUNT

| PHONE | | CELL | | EMAIL | |
|---|---|---|---|---|---|
| DATE 3-4-21 | TIME | REQUESTED BY USA | | | MILEAGE BEFORE TOWING |
| YEAR 14 | MAKE/MODEL Chrysler Country | COLOR Van | VIN 2C4RC6BG2FR528158 | | |
| DRIVER Jason 27 | | | REGISTRATION NO. MD | TAG # 9CS768 | |
| LOCATION OF VEHICLE UCP-1 | | TOWED TO lenny's | | | |

| MILEAGE | | SERVICE TIME | | EXTRA TIME | |
|---|---|---|---|---|---|
| FINISH | | FINISH | | FINISH | |
| START | | START | | START | |
| TOTAL | | TOTAL | | TOTAL | |

**DAMAGE RELEASE**

I HAVE BEEN ADVISED THAT MY VEHICLE MAY BE DAMAGED IF WINCHED, TOWED, UNLOCKED OR LEFT ON UNATTENDED PREMISES. I RECOGNIZE THE DIFFICULTY INVOLVED AND I AGREE NOT TO HOLD THE TOWING SERVICE RESPONSIBLE FOR SUCH DAMAGE SHOULD IT RESULT.

3/4/21

SIGNATURE OF CAR OWNER OR AGENT          DATE

**VEHICLE WILL NOT BE RELEASED UNTIL TOWING SERVICE IS PAID.**

REMARKS: Pickup on tags
Insurance lapse.
CVV 761
Approval code
CC fee waived

| | |
|---|---|
| MILEAGE CHG. | |
| TOWING CHG. | 140 — |
| LABOR CHG. | |
| STORAGE CHG. | 50 |
| ADM | 50 |
| TOTAL | 240 — |

SIGNATURE OF TOW OPERATOR          DATE

TSO N/C

*Obviously they lied that I have no current insurance*

LENNY'S TOWING
7057 KIT KAT RD
ELKRIDGE, MD 21075
410-379-8004

Merchant ID: 5060060599
Term ID: 0274

Sale

AMEX
XXXXXXXXXXX1005
Entry Method: Manual
Approvd: Online
03/04/21
CVV2 Code: M
Invlt: 00000003

Batch#: 000005          15:39:59

Apor Code: 286171

Total: $          240.00

Customer Copy
THANK YOU

# VEHICLE IMPOUNDMENT REPORT

## PART I - IDENTIFICATION

**1. VEHICLE IDENTIFICATION**

| a. MAKE | b. MODEL | c. YEAR | d. COLOR | e. VEHICLE IDENTIFICATION NO. |
|---|---|---|---|---|
| Chrysler | Town + Country | 2014 | Black | 2C4RC1GG2FR528158 |

| f. VEHICLE LICENSE (1) NUMBER | (2) STATE | (3) YEAR | g. MILEAGE | h. DECAL NO. |
|---|---|---|---|---|
| 9CS2768 | MD | 2020 | 73412 | |

**2. REGISTERED OWNER**

a. NAME (Last, First, Middle Initial)
Adeyemi, James, Wasiu

b. ADDRESS (Street, Apartment Number, City, State and ZIP Code)
3370 Laurel Fort Meade Rd
Laurel, MD 20724

| c. ORGANIZATION | d. TELEPHONE NUMBER (Include Area Code) |
|---|---|
| N/A | N/A |

**3. VEHICLE OPERATOR**

a. NAME (Last, First, Middle Initial)
Adeyemi, James, Wasiu

b. ADDRESS (Street, Apartment Number, City, State and ZIP Code)
3370 Fort Meade Rd.
Laurel MD 20724

| c. ORGANIZATION | d. TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | 443 344 8476 |

## PART II - DESCRIPTION

**4. REASON FOR IMPOUNDMENT (X all that apply)**

| | | | |
|---|---|---|---|
| | ACCIDENT | | ABANDONED |
| | BURNED | | ILLEGALLY PARKED |
| | DWI | | STOLEN |
| ✓ | OTHER (Specify) | | |

Pick up order on tags
insurance lapse

**5. DAMAGE TO VEHICLE**

EXAMPLE

a. SHADE DAMAGED AREA OF VEHICLE

b. X ALL THAT APPLY

| Intact | Missing | | Intact | Missing | |
|---|---|---|---|---|---|
| ✓ | | ENGINE | ✓ | | BATTERY |
| | | MIRROR(S) | | ✓ | JACK |
| | ✓ | LUG WRENCH | ✓ | | RADIO |
| | | TAPE DECK | | | SPARE WHEEL/TIRE |
| ✓ | | LR WHEEL/TIRE | ✓ | | RR WHEEL/TIRE |
| ✓ | | RFWHEEL/TIRE | ✓ | | LF WHEEL/TIRE |
| | | WHEEL COVERS | ✓ | | CB RADIO |

**6. CONDITION OF VEHICLE WHEN IMPOUNDED (X all that apply)**

| | | | |
|---|---|---|---|
| | DOOR LOCKED | | DOOR UNLOCKED |
| | TRUNK LOCKED | | TRUNK UNLOCKED |
| | KEYS IN CAR | | KEYS MISSING |
| | OTHER (Specify) | | |

**7. LOCATION OF VEHICLE**
VCP 1 Rejection on Canine Roland Ralph Adams Rd.

**8. CONDITION OF VEHICLE (Attach additional pages if more space is needed.)**
Fair, Dents on sides

**9. PERSONAL PROPERTY CONTAINED IN VEHICLE (Attach additional pages if more space is needed.)**
GPS, Plug in Cooler, web cam, oculus, video game controllers, clothes, blankets, crock pot

**10. REMARKS (Attach additional pages if more space is needed.)**
Lives in Car

## PART III - DISPOSITION

| 11. DATE IMPOUNDED (YYYYMMDD) | 12. TIME IMPOUNDED |
|---|---|
| 2021 0304 | |

**13. REPORTED BY**

| a. NAME (Last, First, Middle Initial) | b. RANK | c. DATE |
|---|---|---|
| Edmonds Michael A | OFC | 03/04/2021 |

| 14. TOWED AT | d. ORGANIZATION | e. SIGNATURE |
|---|---|---|
| VCP 1 @ Canine Rd | ASAT NSAP | Michael Edmonds |

**15. STORED AT**
Lenny's Towing

**16. WITNESSED BY**

| a. NAME (Last, First, Middle Initial) | b. RANK | c. DATE |
|---|---|---|
| Magnus Jason W | | 03-04-21 |

| d. ORGANIZATION | e. SIGNATURE |
|---|---|
| Lenny's | |

**17. RELEASED BY**

| a. NAME (Last, First, Middle Initial) | b. RANK | c. DATE |
|---|---|---|
| Persinger, Austin | PFC | 03-04-21 |

| d. ORGANIZATION | e. SIGNATURE |
|---|---|
| ASAT NSAP | |

DD FORM 2506, MAY 2000          PREVIOUS EDITION IS OBSOLETE.

# Exhibit #10

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By: _____ CS _____ Deputy



(888) 768-1...
Mobile



Friday 10:47 AM

MDOT MVA APPOINTMENT
CONFIRMED for Wed, Mar 31 @ 11:00
AM @ Glen Burnie. Manage your appt &
more here: https://mymva.maryland.gov
/U/kzNzLfzexsQ

MDOT MVA APPOINTMENT
SCHEDULED for Wed, Mar 31 @ 11:00
AM @ Glen Burnie. Manage your appt &
more here: https://mymva.maryland.gov
/U/kzNzLfzexsQ
Reply STOP to stop messages.

    Type a message .    

Circuit Court for ___Anne Arundel___
_____
City or County

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
_Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served._
_Defendant: You must file an Information Report as required by Rule 2-323(h)._
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: [X] PLAINTIFF  [ ] DEFENDANT    CASE NUMBER __C02CVL1338__
                                                              (Clerk to insert)

CASE NAME: ___James Adeyemi___ vs. ___NSA___
                     Plaintiff                              Defendant

JURY DEMAND: [X] Yes [ ] No    Anticipated length of trial: _____ hours or _____ days
RELATED CASE PENDING? [ ] Yes [X] No    If yes, Case #(s), if known: _____

Special Requirements? [X] Interpreter (Please attach Form CC-DC-041)
                      [ ] ADA accommodation (Please attach Form CC-DC-049)

| NATURE OF ACTION (CHECK ONE BOX) | | DAMAGES/RELIEF |
|---|---|---|

| TORTS | LABOR | A. TORTS |
|---|---|---|
| [ ] Motor Tort | [ ] Workers' Comp. | **Actual Damages** |
| [ ] Premises Liability | [ ] Wrongful Discharge | [ ] Under $7,500 |
| [ ] Assault & Battery | [ ] EEO | [ ] $7,500 - $50,000    [ ] Medical Bills |
| [ ] Product Liability | [ ] Other _____ | [ ] $50,000 - $100,000   $ 260.00 |
| [ ] Professional Malpractice | **CONTRACTS** | [ ] Over $100,000   [ ] Property Damages |
| [ ] Wrongful Death | [ ] Insurance | $ _____ |
| [ ] Business & Commercial | [ ] Confessed Judgment | [ ] Wage Loss |
| [X] Libel & Slander | [ ] Other _____ | $ _____ |
| [X] False Arrest/Imprisonment | **REAL PROPERTY** | **B. CONTRACTS** | **C. NONMONETARY** |
| [ ] Nuisance | [ ] Judicial Sale | | [ ] Declaratory Judgment |
| [ ] Toxic Torts | [ ] Condemnation | [ ] Under $10,000 | [ ] Injunction |
| [ ] Fraud | [ ] Landlord Tenant | [ ] $10,000 - $20,000 | [ ] Other _____ |
| [X] Malicious Prosecution | [ ] Other _____ | [ ] Over $20,0000 | |
| [ ] Lead Paint | **OTHER** | **D. EQUITY** | |
| [ ] Asbestos | [ ] Civil Rights | [ ] See Addendum | |
| [ ] Other | [ ] Environmental | | |
| _____ | [ ] ADA | | |
| | [ ] Other | | |

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION**
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation [ ] Yes [ ] No          C. Settlement Conference [ ] Yes [ ] No
B. Arbitration [ ] Yes [ ] No         D. Neutral Evaluation [ ] Yes [ ] No

**TRACK REQUEST**
_With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL._
**THIS CASE WILL THEN BE TRACKED ACCORDINGLY.**
[ ] 1/2 day of trial or less      [ ] 3 days of trial time
[ ] 1 day of trial time           [ ] More than 3 days of trial time
[ ] 2 days of trial time

**PLEASE SEE PAGE TWO AND THREE OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, BALTIMORE COUNTY, OR PRINCE GEORGE'S COUNTY.**

Date __7/9/2021__          Signature _____

CC-DCM-002 (Rev. 03/2016)          Page 1 of 3

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐
**Expedited**
Trial within 7 months
of Filing

☐
**Standard**
Trial within 18 months
of Filing

☐ EMERGENCY RELIEF REQUESTED _____

| Signature | Date |

## COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.*

☐ Expedited - Trial within 7 months of Filing          ☐ Standard - Trial within 18 months of Filing

**IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, BALTIMORE COUNTY, OR PRINCE GEORGE'S COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.**

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited — Trial 60 to 120 days from notice. Non-jury matters.

☐ Standard-Short — Trial 210 days.

☐ Standard — Trial 360 days.

☐ Lead Paint — Fill in: Birth Date of youngest plaintiff_____.

☐ Asbestos — Events and deadlines set by individual judge.

☐ Protracted Cases — Complex cases designated by the Administrative Judge.

### CIRCUIT COURT FOR BALTIMORE COUNTY

☐ **Expedited**
(Trial Date-90 days) — Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ **Standard**
(Trial Date-240 days) — Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases.

☐ **Extended Standard**
(Trial Date-345 days) — Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency.

☐ **Complex**
(Trial Date-450 days) — Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases.

## CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☐ Liability is not conceded, but is not seriously in dispute.

☐ Liability is seriously in dispute.

## CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY ONLY

*Section D. Equity Cases — Addendum*

| | | |
|---|---|---|
| ☐ Accounting | ☐ Adverse Possession | ☐ Appointment of a Trustee |
| ☐ Assumption of Jurisdiction | ☐ Authorized Sale | ☐ Breach of Covenant |
| ☐ Constructive Trust | ☐ Declaratory Judgment (Equity) | ☐ Declaratory Relief (Equity) |
| ☐ Detinue | ☐ Disciplinary Action | ☐ Ejectment |
| ☐ Equitable Relief | ☐ Establishment of Trust | ☐ Foreclosure Land Installment |
| ☐ Foreclosure Lien | ☐ Foreclosure Right of Redemption | ☐ Foreclosure Statement Condo |
| ☐ Foreclosure of Deed Trust | ☐ Foreclosure Mortgage | ☐ Forfeiture of Prop. / Personal Item |
| ☐ Foreclosure of Currency or Vehicle | ☐ Fraudulent Conveyance | ☐ Injunctive Relief (Equity) |
| ☐ Mandamus (Equity) | ☐ Mechanic's Lien | ☐ Notice of Lis Pendens |
| ☐ Part / Sale in Lieu of Part | ☐ Quiet Title | ☐ Receiverships |
| ☐ Removal of Trustee | ☐ Set Aside Deed | ☐ Specific Performance |
| ☐ Specific Transaction | ☐ Structured Settlement | ☐ Trust |

TRUE COPY,
TEST: Scott A. Poyer, Clerk
By: ___CS_____ Deputy

CC-DCM-002 (Rev. 03/2016)          Page 3 of 3